**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7594**

———————

ALEXANDER J. HARDNETT,

        Petitioner - Appellant,

    v.

ED WILSON, Warden,

        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Senior District Judge. (3:13-cv-00497-JRS)

———————

Submitted: March 5, 2015        Decided: March 12, 2015

———————

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Alexander J. Hardnett, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander J. Hardnett, a federal prisoner, appeals the district court's order denying his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant Hardnett leave to proceed in forma pauperis, deny the motion for appointment of counsel, and affirm for the reasons stated by the district court. Hardnett v. Wilson, No. 3:13-cv-00497-JRS (E.D. Va. filed Oct. 6, 2014; entered Oct. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED